ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
ERICA J. CHEE
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Plaintiff*
*BrandSafway Services, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRANDSAFWAY SERVICES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 169,<br><br>Defendants. | Case No.: 3:20-cv-00362-MMD-CLB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF'S TO FILE OPPOSITION TO DEFENDANT'S MOTION TO STAY AND MOTION TO COMPEL ARBITRATION**<br><br>(*First Request*) |

Pursuant to Rules LR IA 6-1, LR IA, 6-2, LR 7-1 and LR 7-2, Plaintiff BrandSafway Services, LLC ("Plaintiff") and Defendant Laborers International Union of North America, Local 169 ("Defendant") by and through their respective undersigned counsel, hereby stipulate and agree to their first request for a two-week extension of time, up to and including, **Thursday, September 10, 2020** for Plaintiff to respond to Defendant's Motion to Compel Arbitration (ECF No. 7) and Motion to Stay the Case (ECF No. 8).  The response to both motions are currently due Thursday, August 27, 2020.

Good cause exists to extend the deadline for Plaintiff to file the opposition.  Plaintiff's counsel was in depositions on another matter the week of August 17 and Plaintiff's representative with knowledge on the factual background of this matter was out of the office until the week of

August 24.  As such, the parties stipulate to a two-week extension to afford Plaintiff additional time to respond.

The stipulation is made in good faith and not for purposes of delay.

| DATED this 24th day of August, 2020. | DATED this 24th day of August, 2020. |
|---|---|
| LAW OFFICES OF MICHAEL E. LANGTON | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/ Michael E. Langton* | */s/ Erica J. Chee* |
| Michael E. Langton<br>Nevada Bar No. 290<br>801 Riverside Drive<br>Reno, NV  89503<br>*Attorney for Defendant* | Anthony L. Martin<br>Nevada Bar No. 8177<br>Erica J. Chee<br>Nevada Bar No. 12238<br>Wells Fargo Tower<br>Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV  89169<br>*Attorneys for Plaintiff* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

  August 24, 2020
DATED

2