ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
ERICA J. CHEE
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Plaintiff*
*BrandSafway Services, LLC*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| BRANDSAFWAY SERVICES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 169,<br><br>Defendants. | Case No.: 3:20-cv-00362-MMD-CLB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF'S OPPOSITION AND DEFENDANT'S REPLY TO MOTION TO STAY AND MOTION TO COMPEL ARBITRATION**<br><br>***(Second Request)*** |
|---|---|

Pursuant to Rules LR IA 6-1, LR IA, 6-2, LR 7-1 and LR 7-2, Plaintiff BrandSafway Services, LLC ("Plaintiff") and Defendant Laborers International Union of North America, Local 169 ("Defendant") by and through their respective undersigned counsel, hereby stipulate and agree to their second request for a two-week extension of time, up to and including, **Thursday, September 17, 2020** for Plaintiff to respond to Defendant's Motion to Compel Arbitration (ECF No. 7) and Motion to Stay the Case (ECF No. 8), and a one-week extension of time, up to and including, **Thursday, October 1, 2020** for Defendant to file its Reply in support of its Motion to Compel Arbitration and Motion to Stay the Case.  The responses to both motions are currently due Thursday, September 10, 2020, and the replies to both motions were scheduled for September 17, 2020. .

Good cause exists to extend the deadline for the extension. Plaintiff's counsel was unexpectedly out of the office and Plaintiff's representative with knowledge on the factual background of this matter was out of the office until immediately prior to Labor Day Weekend. With such fact intensive history involved in the motion, the extended time to file an opposition and reply is warranted. As such, the parties stipulate to the extensions to afford both parties additional time to respond.

The stipulation is made in good faith and not for purposes of delay.

DATED this 8 day of September, 2020.               DATED this 8th day of September, 2020.

LAW OFFICES OF MICHAEL E. LANGTON                  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Michael E. Langton                             /s/
Michael E. Langton                                 Anthony L. Martin
Nevada Bar No. 290                                 Nevada Bar No. 8177
801 Riverside Drive                                Erica J. Chee
Reno, NV 89503                                     Nevada Bar No. 12238
*Attorney for Defendant*                           Suite 1500
                                                   3800 Howard Hughes Parkway
                                                   Las Vegas, NV 89169
                                                   *Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

September 8, 2020
_____
DATED

2