1  MICHAEL E. LANGTON, Esq.
   Nevada Bar No.: 0290
2  801 Riverside Drive
   Reno, NV 89503
3  (775) 329-7557
   mlangton@sbcglobal.net

4  *Attorney for Defendant*

5

6                  **UNITED STATES DISTRICT COURT**

7                  **FOR THE DISTRICT OF NEVADA**

8  BRANDSAFWAY SERVICES, LLC,          Case No.3:20-cv-00362-MMD-CLB

9              Plaintiff,          **STIPULATION AND ORDER FOR EXTENSION
                                   OF TIME FOR DEFENDANT TO FILE**
10  vs.                            **DEFENDANT'S REPLY TO PLAINTIFF'S
                                   OPPOSITION TO MOTION TO COMPEL**
11  LABORERS INTERNATIONAL UNION   **ARBITRATION AND TO MOTION TO STAY**
    OF NORTH AMERICA, LOCAL 169,

12              Defendant.                    **FIRST REQUEST**
    _____/

13

14       Pursuant to District Court Rules LR IA 6-1, LR IA 6-2, and LR 7-1,

15  Plaintiff   BrandSafway   Services,   LLC,   and   Defendant   Laborers

16  International Union of North America, Local 169, by and through their

17  respective undersigned counsel, hereby stipulate and agree to a first

18  request for a 2-week extension of time, up to and including, Thursday,

19  October 15, 2020 for Defendant to file its Reply to Plaintiff's

20  Opposition to Defendant's Motion to Compel Arbitration (ECF 15) and to

21  Plaintiff's Opposition to Defendant's Motion to Stay Pending Arbitration

22  (ECF 14).   The Replies are currently due Thursday, October 1, 2020.

23       Good cause exists to extend the deadline for filing said Replies.

24  Specifically on Friday, September 24, 2020 the telephone service at the

25  Law Offices of Michael E. Langton quit working and had to be repaired,

26  which was accomplished at approximately noon on Monday, September 28,

27  2020.   Additionally, on Monday, September 28, 2020 Defendant's Counsel

28  discovered the computer service had also been interrupted and was not
    reconnected   until   approximately   3:00   p.m.   on   that   date.   As   such,

Michael E. Langton, Esq.
801 Riverside Drive
Reno, Nevada 89503
Voice: (775) 329-7557 Fax (775) 329-7447

1   Defendant's Counsel is unable at this time to meet the deadline of

2   October 1, 2020 and the two-week extension is now necessitated due to

3   other arbitration, Labor Commissioner hearing, and an EMRB matters.

4          This stipulation is made in good faith and not for purposes of

5   delay.

DATED this 28 day of September, 2020.

6

7   *Michael E. Langton*

8   Michael E. Langton, Esq.
    Nevada Bar No. 0290

9   801 Riverside Drive
    Reno, NV 89503

10  *Attorney for Defendant*
    *Laborers International*
    *Union Of North America*

DATED this 29 day of September, 2020.

Erica J. Chee, Esq.
Nevada Bar No. 12238
Anthony L. Martin
Nevada Bar No. 8177
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV 89169
*Attorneys for Plaintiff*
*BrandSafway Services, LLC*

11

12

13

14

15                                    **ORDER**

16  **IT IS SO ORDERED.**

17

18                                    UNITED STATES DISTRICT JUDGE

19

20                                    September 29, 2020

21                                    DATED

22

23

24

25

26

27

28  Laborers Local 169\Brand Safeway\L169s Stip to Ext. Time.9.28.20          Page 2 of 2

Michael E. Langton, Esq.
801 Riverside Drive
Reno, Nevada 89503
Voice: (775) 329-7557 Fax (775) 329-7447